UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS ZHARKOV,<br><br>          Plaintiff,<br><br>  - against -<br><br>3DBIN, INC. and ANNA UVAROVA<br><br>          Defendants. | Docket No. 3:19-cv-5616<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Boris Zharkov ("Zharkov" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendants 3DBIN, Inc. ("EDBIN") and Anna Uvarova ("Uvarova" and together with 3DBIN "Defendants") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act and for the removal and/or alteration of copyright management information under Section 1202(b) of the Digital Millennium Copyright Act. This action arises out of Defendants unauthorized reproduction and public display of two copyrighted photographs of Anna Uvarova, owned and registered by Zharkov, a professional photographer. Accordingly, Zharkov seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendants because Defendants resides in and/or transacts business in California.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Zharkov is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 5565 Bodega Avenue, Petaluma, California 94063.

6. Upon information and belief, 3DB is a business corporation duly organized and existing under the laws of the State of California, with a place of business 425 Broadway, Redwood City, California 94063. Upon information and belief, Defendants is register with the California Secretary of State to do business in California. At all times material, hereto, operates a Facebook Page and Twitter Page (the "Websites").

7. Upon information and belief, Uvarova is an individual residing at 425 Broadway, Redwood City, California 94063. At all times material, hereto, operates a Facebook Page and Twitter Page (the "Websites").

## STATEMENT OF FACTS

**A. Background and Plaintiff's Ownership of the Photographs**

8. Zharkov photographed Anna Uvarova (the "Photographs"). A true and correct copy of the Photographs is attached hereto as Exhibit A.

9. Zharkov is the author of the Photographs and has at all times been the sole owner of all right, title and interest in and to the Photographs, including the copyright thereto.

10. The Photographs were registered with the United States Copyright Office and were given registration number VA 2-135-702.

**B. Defendants Infringing Activities**

11. Defendants ran the Photographs on the Websites to promote their brand. See: Screenshots of the Photographs on the Websites are attached hereto as Exhibit B.

12. Defendants did not license the Photographs from Plaintiff for its Websites, nor did Defendants have Plaintiff's permission or consent to publish the Photographs on its Websites.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST DEFENDANTS)**
**(17 U.S.C. §§ 106, 501)**

13. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

14. Defendants infringed Plaintiff's copyright in the Photographs by reproducing and publicly displaying the Photographs on the Websites. Defendants is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photographs.

15. The acts of Defendants complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16. Upon information and belief, the foregoing acts of infringement by Defendants have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

17. As a direct and proximate cause of the infringement by the Defendants of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendants's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

**SECOND CLAIM FOR RELIEF**

# **INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION AGAINST DEFENDANTS**
# **(17 U.S.C. § 1202)**

18. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-17 above.

19. Upon information and belief, Defendants intentionally and knowingly removed copyright management information identifying Plaintiff as the photographer of the Photograph.

20. The conduct of Defendants violates 17 U.S.C. § 1202(b).

21. Upon information and belief, Defendants falsification, removal and/or alteration of the aforementioned copyright management information was made without the knowledge or consent of Plaintiff.

22. Upon information and belief, the falsification, alteration and/or removal of said copyright management information was made by Defendants intentionally, knowingly and with the intent to induce, enable, facilitate, or conceal their infringement of Plaintiff's copyright in the Photograph. Defendants also knew, or should have known, that such falsification, alteration and/or removal of said copyright management information would induce, enable, facilitate, or conceal their infringement of Plaintiff's copyright in the Photograph.

23. As a result of the wrongful conduct of Defendants as alleged herein, Plaintiff is entitled to recover from Defendants the damages, that he sustained and will sustain, and any gains, profits and advantages obtained by Defendants because of their violations of 17 U.S.C. § 1202, including attorney's fees and costs.

24. Alternatively, Plaintiff may elect to recover from Defendants statutory damages pursuant to 17 U.S.C. § 1203(c) (3) in a sum of at least $2,500 up to $25,000 for each violation of 17 U.S.C. § 1202.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendants be adjudged to have infringed upon Plaintiff's copyrights in the Photographs in violation of 17 U.S.C §§ 106 and 501;

2. The Defendants be adjudged to have falsified, removed and/or altered copyright management information in violation of 17 U.S.C. § 1202.

3. That Plaintiff be awarded Plaintiff's actual damages and Defendants profits, gains or advantages of any kind attributable to DefendantsB infringement of Plaintiff's Photographs;

4. That Defendants be required to account for all profits, income, receipts, or other benefits derived by Defendants as a result of its unlawful conduct;

5. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 1203(b);

6. That Plaintiff be awarded punitive damages for copyright infringement;

7. That Plaintiff be awarded attorney's fees and costs;

8. That Plaintiff be awarded pre-judgment interest; and

9. Such other and further relief as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
September 5, 2019

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz, Esq.
11 Sunrise Plaza, Suite 305

Valley Stream, New York 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Boris Zharkov*