# EXHIBIT B









### 3DBin.com (@3DBin_com) | Twitter

Anna Uvarova, a Russian entrepreneur settled in #siliconvalley, will talk at #Web2day about her startup @3dbin_com!pic.twitter.com/zi4hr2RYLg

Images may be subject to copyright. Learn More

**RELATED IMAGES**






