UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS ZHARKOV<br><br>         Plaintiff,<br><br>- against -<br><br>3DBIN, Inc., ANNA UVAROVA.<br><br>         Defendant | Docket No. 4:19-cv-05616-PJH |

## **PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT PURSUANT TO FED.R.CIV. 55(a)**

Plaintiff Boirs Zharkov, via counsel, respectfully requests the Clerk's entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Fed.R.Civ.P. 55(a) against Defendants 3DBin, Inc. and Anna Uvarova (collectively, "Defendants").

Defendants' answer or response to the Complaint was due on October 19, 2019. Defendants have failed to plead or otherwise defend the action. As per the Affidavits of Service, filed on January 10, 2020 [Dockets #18-19], the pleading to which no response has been made was properly served.

  Dated:  February 5, 2020
        Valley Stream, NY

                     /s/richardliebowitz/
                     Richard Liebowitz
                     Liebowitz Law Firm, PLLC
                     11 Sunrise Plaza, Suite 305
                     Valleystream, NY 11580
                     516-233-1660
                     RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff*