UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS ZHARKOV<br><br>                    Plaintiff,<br><br>  - against -<br><br>3DBIN, Inc., ANNA UVAROVA.<br><br>                    Defendant | Docket No. 4:19-cv-05616-PJH |

**<u>DECLRATION IN SUPPORT OF MOTION FOR CLERK'S
ENTRY OF DEFAULT PURSUANT TO FED.R.CIV. 55(a)</u>**

I, RICHARD LIEBOWITZ, declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge.

1. I am counsel for Plaintiff Boris Zharkov ("Plaintiff").

2. I submit this Declaration in support of Plaintiff's request for the Clerk's entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Fed.R.Civ.P. 55(a) against Defendants 3DBin, Inc. and Anna Uvarova (collectively, "Defendants").

3. Defendant 3DBin, Inc. is not an infant, in the military or an incompetent person.

4. Defendant Anna Uvarova is not an infant, in the military or an incompetent person.

5. Defendants' answer or response to the Complaint was due on October 19, 2019. Defendants have failed to plead or otherwise defend the action.

6. As per the Affidavits of Service, filed on January 10, 2020 [Dockets #18-19], the pleading to which no response has been made was properly served.

Dated: February 5, 2020
Valley Stream, NY

/s/richardliebowitz/
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valleystream, NY 11580
516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff*