UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BORIS ZHARKOV

                              Plaintiff,

          - against -

3DBIN, Inc., ANNA
UVAROVA.

                              Defendants.

Docket No. 4:19-cv-05616-PJH

## <u>CLERK'S ENTRY OF DEFAULT</u>

I, SUSAN Y. SOONG, Clerk of the United States District Court for the Northern District

of California, do hereby certify that this action was commenced on September 5, 2019 with the

filing of a summons and complaint.  On September 28, 2019, a copy of the summons and

complaint was served on defendant 3DBIN, Inc. by personally serving Anna Uvarova, who is

designated to accept service on 3DBIN, Inc.'s behalf at 1801 Eureka Rd, Apt. 55, Roseville, CA

95611 [Dkt. # 18]. On September 28, 2019, a copy of the summons and complaint was also

served on co-defendant Anna Uvarova at the same address. [Dkt. #19]  Proofs of service were

therefore filed on January 10, 2020.  I further certify that the docket entries indicate that the

defendants have not filed an answer or otherwise moved with respect to the complaint herein.

The default of the defendants is hereby noted.

Dated:_____, 2020

 San Francisco, CA                    SUSAN Y. SOONG – Clerk of Court


                              _____
                              Deputy Clerk