SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
JAMES M. CHADWICK, Cal. Bar No. 157114
TENAYA RODEWALD, Cal. Bar No. 248563
379 Lytton Avenue
Palo Alto, California 94301-1479
Telephone:    650.815.2600
Facsimile:    650.815.2601
Email:    jchadwick@sheppardmullin.com
          trodewald@sheppardmullin.com

Attorneys for CALIFORNIA NEWS PUBLISHERS ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| BORIS ZHARKOV,<br><br>          Plaintiff,<br><br>v.<br><br>3DBIN, INC., et al.,<br><br>          Defendants. | Case No. 4:19-cv-5616 (PJH)<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF THE CALIFORNIA NEWS PUBLISHERS ASSOCIATION FOR LEAVE TO FILE AMICUS BRIEF AND RELATED DOCUMENTS**<br><br>Ctrm:   3, 3rd Floor<br>Judge:  The Hon. Phyllis J. Hamilton |

The Court, having considered the Application of California News Publishers Association ("CNPA) for leave to file an Amicus Brief and related documents, and good cause appearing therefor, it is hereby Ordered that CNPA's application is hereby GRANTED and the amicus brief and supporting documents submitted therewith are deemed filed.

Dated: _____

                                                                            The Honorable Phyllis J. Hamilton