UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BORIS ZHARKOV<br><br>    Plaintiff,<br><br> v.<br><br>3DBIN, INC.,<br>ANA UVAROVA<br><br>    Defendants. | Case No. 4:19-cv-05616 (PJH) |

## **NOTICE OF ORDER**

PLEASE TAKE NOTICE, that attached as <u>Exhibit A</u> is a true and correct copy of Judge Donato's order, dated June 12, 2020, *in the Matter of Richard P. Liebowitz*, Case No. 19-mc-80228-JD

                Respectfully Submitted:

                **/s/richardliebowitz/**

                Richard Liebowitz (RL1234)

                LIEBOWITZ LAW FIRM, PLLC

                11 Sunrise Plaza, Suite 305
                Valley Stream, NY 11580
                Tel: (516) 233-1660
                RL@LiebowitzLawFirm.com

1309138.v1