UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS ZHARKOV,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>3DBIN, INC., et al.,<br><br>　　　　Defendants. | Case No. 19-cv-05616-PJH<br><br>**ORDER RE MOTION FOR DEFAULT JUDGMENT AND ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 24, 27 |

　　　　Pending before the court is plaintiff's motion for entry of default judgment (Dkt. 24) filed on March 17, 2020.  The court has reviewed the docket and cannot locate a memorandum of points and authorities in support of the motion as required by Civil Local Rules 7-2 and 7-4 or a declaration in support of damages.  As such, the court has no basis upon which to grant the motion and it is, therefore, **DENIED**.  The denial is without prejudice to plaintiff refiling a motion that provides the missing documentation.

　　　　However, a renewed motion will require the court to review the pro hac vice status of Mr. Liebowitz, granted on October 30, 2019, in light of findings made by other judges of this court in similar cases filed by him.  To that end, should a renewed motion be filed by Mr. Liebowitz, it must be accompanied by a response to this OSC, establishing why this court should not revoke his pro hac vice status because he appears to regularly practice in this district while not a member of the Bar of this district or of the State of California.

　　　　The court has reviewed the administrative motion for leave to file an amicus brief filed by the California News Publishers Association (Dkt. 27) and plaintiff's objection thereto (Dkt. 28) and **GRANTS** the motion.

Any renewed motion for default judgment and above-referenced response to the OSC must be filed within **30 days** of this order.  If neither is filed, the case will be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: February 1, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge