UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS ZHARKOV,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>3DBIN, INC., et al.,<br><br>　　　　Defendants. | Case No. 19-cv-05616-PJH<br><br>**ORDER REFERRING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT TO MAGISTRATE JUDGE FOR A REPORT AND RECOMMENDATION** |

　　　　Pursuant to Local Rule 72-1, this matter is referred to a magistrate judge for a report and recommendation on plaintiff's motion for entry of default judgment (Dkt. 32). Any date for hearing on this motion previously noticed on the undersigned's calendar is **VACATED**.

　　　　The parties will be advised of the date, time, place, and/or method of any appearance by notice from the assigned magistrate judge.

　　　　**IT IS SO ORDERED.**

Dated:  March 5, 2021

　　　　　　　　　　　　　　　　　　　　/s/ Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　United States District Judge