Gregory P. Goonan (Cal Bar # 119821)
**THE AFFINITY LAW GROUP®**
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

Attorneys for Plaintiff
Boris Zharkov

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS ZHARKOV, | ) |
| | ) CASE NO. 4:19-cv-05616-PJH |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF SETTLEMENT** |
| | ) |
| 3DBIN, INC., | ) |
| | ) |
| Defendant. | ) |

TO THE COURT, THE PARTIES HERETO AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that a settlement has been reached between plaintiff Boris Zharkov and defendants 3DBIN, Inc. and Anna Uvarova. Pursuant to such settlement, this action will be voluntarily dismissed in its entirety upon the execution of the written settlement agreement by the parties and the payment of the settlement consideration, which is expected to occur within thirty (30) days of the date of this notice.

DATED: June 9, 2021                    THE AFFINITY LAW GROUP

                                           By:  /s/ Gregory P. Goonan
                                              Gregory P. Goonan
                                              Attorneys for Plaintiff
                                              Boris Zharkov